IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BIG ROCK
DEVELOPMENT, LLC          PLAINTIFF/COUNTER DEFENDANT

v.                        No. 4:20-cv-1149-DPM

DAVID K. PAPEN, Individually;  OMEGA
MOD GROUP, INC.;  ECOLOGIC SYNERGIES
INTERNATIONAL, INC.;  ECOLOGIC
MODULARS, LLC;  MONSTER MOD, INC.;
BAD DONKEY DEVELOPMENT, LLC;
OMG 4REAL PROPERTIES, INC.;
ECOEVOLUTION ASSETS, LLC;  OMEGA
SUPPLY GROUP, INC.;  OMEGA BUILDERS
GROUP, INC.;  OMG INVESTMENTS
GROUP, INC.;  OMG WORLD HOLDINGS, INC.;
ALL ABODE, INC.;  OMEGA TWIN RIVER
HOLDINGS II, LLC;  MODERN MOD, INC.;
BRAND BUILT SYSTEMS, INC.;  OMEGA TWIN
RIVER HOLDINGS, LLC;  MONSTER TINY, LLC;
STEAMPUNK TRAILER AND METALWORKS,
INC.;  and FIRST COMMUNITY BANK          DEFENDANTS

DAVID K. PAPEN          DEFENDANT/COUNTER PLAINTIFF

v.

BIG ROCK
DEVELOPMENT, LLC          PLAINTIFF/COUNTER DEFENDANT

RESORTMENTS, LLC;  SILVERTOWN, LLC;
and RUSSELL R. HUCKABY          THIRD PARTY DEFENDANTS

## ORDER

Removed case, *Doc. 1*, noted.  The Court asks the parties to file simultaneous briefs on federal subject matter jurisdiction by 5:00 p.m. on 2 October 2020.  Until the jurisdictional issue is sorted, the parties should abide by the terms of the Independence County Circuit Court's Order dated 10 September 2020.

So Ordered.

D.P. Marshall Jr.
United States District Judge

28 September 2020

- 2 -